IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:23-cr-  45 |
| | ) | |
| v. | ) | 18 U.S.C. §§ 922(g)(3) and 924(a)(8) |
| | ) | Unlawful User of Controlled Substance in |
| DEJA NICOLE TAYLOR, | ) | Possession of Firearm |
| | ) | (Count 1) |
| Defendant. | ) | |
| | ) | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) |
| | ) | Make a False Statement During Purchase of |
| | ) | Firearm |
| | ) | (Count 2) |
| | ) | |
| | ) | 18 U.S.C. § 924(d) |
| | ) | Criminal Forfeiture |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

(Unlawful User of Controlled Substance in Possession of Firearm)

On or about July 19, 2022, in the Eastern District of Virginia, the defendant, DEJA NICOLE TAYLOR, knowing that she was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess a firearm, to wit: a Taurus, Model PT111, G2A, 9mm, semiautomatic handgun, S/N: ADE404990, said firearm having been shipped and transported in interstate and foreign commerce.

(In violation of Title 18 United States Code, Sections 922(g)(3) and 924(a)(8)).

1

## COUNT TWO

(Make a False Statement During Purchase of Firearm)

On or about July 19, 2022, in the Eastern District of Virginia, the defendants, DEJA NICOLE TAYLOR, in connection with the acquisition of a firearm, to wit: a Taurus, Model PT111, G2A, 9mm, semiautomatic handgun, S/N: ADE404990, from Winfree Firearms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Winfree Firearms, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant, DEJA NICOLE TAYLOR, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that she was not "an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance" indicated on the Form 4473, when in fact as she then knew, she was an unlawful user of marijuana.

(In violation of Title 18 United States Code, Sections 922(a)(6) and 924(a)(2)).

## FORFEITURE

THE UNITED STATES ATTORNEY FURTHER ALLEGES THAT:

1. The defendant, if convicted of any of the violations alleged in this information, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

3. The property subject to forfeiture includes, but is not limited to:

    a. a Taurus, Model PT111, G2A, 9mm, semiautomatic handgun, S/N: ADE404990

(In accordance with Title 18, United States Code, Section 924(d)(1) and
Title 28, United States Code, Section 2461(c)).

*United States v. Deja Nicole Taylor*
Criminal No. 4:23-cr-__45__

JESSICA D. ABER
UNITED STATES ATTORNEY

By: /s/ Lisa R. McKeel

Lisa R. McKeel
Peter G. Osyf
Assistant United States Attorneys
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
Lisa.McKeel@usdoj.gov
Peter.Osyf@usdoj.gov