**REDACTED**

JS 45 (11/2002)

# Criminal Case Cover Sheet

U.S. District Court

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 4:23cr45 |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | **PRE INDICTMENT PLEA** |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: | | |
|---|---|---|---|
| Defendant Name: Deja Nicole Taylor | | Alias Name(s): | |
| Address: Hampton, VA 23666 | | | |
| Employment: | | | |
| Birth Date: 1996 | SS#: 5209 | Sex: F | Race: Black | Nationality: | Place of Birth: |
| Height: | Weight: lbs | Hair: | Eyes: | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | |

## Location Status:

Arrest Date:

☐ Already in Federal Custody as of: _____ in:

| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
|---|---|---|
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: Jimmy Ellenson | ☐ Court Appointed |
|---|---|
| Address: 101 25th Street #756  Newport News, VA 23607 | ☒ Retained |
| Telephone: (757) 244-4445 | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| AUSA Lisa R. McKeel | Telephone No. 757-591-4040 | Bar #: 28652 |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

ATF TFO Ryan Norris, (757) 266-7004

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 922(g)(3) and 924(a)(8) | Unlawful User of Controlled Substance in Possession of a Firearm | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) | Make a False Statement During Purchase of a Firearm | 2 | Felony |
| Set 3 | | | | |
| Set 4 | | | | |
| Set 5 | | | | |