UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | Criminal Case 4:23CR45 |
| | ) | |
| v. | ) | Chief Judge Mark S. Davis |
| | ) | |
| DEJA NICOLE TAYLOR | ) | Magistrate Judge Douglas E. Miller |
| Defendant | ) | |

## NOTICE OF APPEARANCE FOR GENE ROSSI

COMES NOW Defendant Deja Nicole Taylor, by and through his counsel, and hereby files a Notice of Appearance for Gene Rossi, who is admitted to practice in this court.

Respectfully submitted

_____/s/_____
Gene Rossi, Esquire
VSB Number 93136
Carlton Fields, PA
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Telephone:  202-965-8119
Cell:  703-627-2856
Email:  grossi@carltonfields.com

James S. Ellenson
Suite 756
101 25th Street
Newport News, VA 23607
Telephone:  757-244-4445
Email:  jseatty@aol.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that the <u>NOTICE OF APPEARANCE FOR GENE ROSSI</u> was filed with the Clerk of the Court via ECF on Tuesday, June 6, 2023.

    Respectfully submitted

    _____/s/_____
    Gene Rossi, Esquire