# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | Criminal Case 4:23CR45 |
| | ) | |
| v. | ) | Sentencing: November 15, 2023 |
| | ) | |
| DEJA NICOLE TAYLOR | ) | Chief Judge Mark S. Davis |
| Defendant | ) | |

## SUPPLEMENTAL SENTENCING MEMORANDUM

Defendant Deja Nicole Taylor, by and through her counsel, hereby files a supportive letter (attached) from her mother with this Honorable Court.

Respectfully submitted,

/s/
Gene Rossi, Esquire
VSB Number 93136
Carlton Fields, PA
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Telephone: 202-965-8119
Cell: 703-627-2856
Email: grossi@carltonfields.com

James S. Ellenson
Suite 756
101 25th Street
Newport News, VA 23607
Telephone: 757-244-4445
Email: jseatty@aol.com

*Attorneys for Deja Nicole Taylor*

## CERTIFICATE OF SERVICE

I hereby certify that the SUPPLEMENTAL SENTENCING MEMORANUM was filed with the Clerk of the Court via ECF on Sunday, November 12, 2023.

Respectfully submitted,

/s/
Gene Rossi, Esquire