The Honorable Mark S. Davis
Chief Judge, U.S. District Court
Eastern District of Virginia
Walter Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510

      Re:  US v. Deja Taylor, Criminal Case 4:23CR45 (Davis, C.J.)
           Sentencing on November 14, 2023, in Newport News federal courthouse

Dear Chief Judge Davis:

I write in strong support of Deja Taylor. She is my daughter, the oldest of my three children.

Deja is my first born and is a joy to our family. She has always been there for her younger siblings and me. Often helping with homework and assisting with rides for their various activities when needed. I love our random conversations, sharing food recipes that we try to recreate, and the childhood memories she shares with her son, such as the time we went to Pumpkinville when she was in Pre-K. Deja is very intelligent and has a bright future ahead of her. With proper guidance and continued family support, I know my daughter can overcome this tough time and go on to do great things.

In the end, I respectfully ask this Honorable Court to show compassion for Deja, who feels horribly and shows to me great remorse for what has happened in this case.

                                    Respectfully submitted,

                                    *Cassondra Taylor Hanks*
                                    Cassondra Taylor Hanks
                                    Newport News, VA