UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | Criminal Case 4:23CR45 |
| | ) | |
| v. | ) | Sentencing: November 15, 2023 |
| | ) | |
| DEJA NICOLE TAYLOR | ) | Chief Judge Mark S. Davis |
|     Defendant | ) | |

## SECOND UPPLEMENTAL SENTENCING MEMORANDUM

Defendant Deja Nicole Taylor, by and through her counsel, hereby files a supportive letter (attached) from Calvin Taylor with this Honorable Court.

                                        Respectfully submitted,

                                        /s/
                                    Gene Rossi, Esquire
                                    VSB Number 93136
                                    Carlton Fields, PA
                                    Suite 400 West
                                    1025 Thomas Jefferson Street, NW
                                    Washington, DC 20007-5208
                                    Telephone: 202-965-8119
                                    Cell: 703-627-2856
                                    Email: grossi@carltonfields.com

                                    James S. Ellenson
                                    Suite 756
                                    101 25th Street
                                    Newport News, VA 23607
                                    Telephone: 757-244-4445
                                    Email: jseatty@aol.com

                                    *Attorneys for Deja Nicole Taylor*

## CERTIFICATE OF SERVICE

I hereby certify that the SECOND SUPPLEMENTAL SENTENCING MEMORANUM was filed with the Clerk of the Court via ECF on Sunday, November 12, 2023.

                                                    Respectfully submitted,

                                                    _____/s/_____
                                                    Gene Rossi, Esquire