UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case 4:23CR45 |
| Plaintiff | ) | |
| | ) | Sentencing:  November 14, 2023 |
| v. | ) | |
| | ) | Chief Judge Mark S. Davis |
| DEJA NICOLE TAYLOR | ) | |
| Defendant | ) | Magistrate Judge Douglas E. Miller |

## Letter from Family and Supporter of Deja Taylor

The Honorable Mark S. Davis
Chief Judge, U.S. District Court
Eastern District of Virginia
Walter Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510

    Re:  US v. Deja Taylor, Criminal Case 4:23CR45 (Davis, C.J.)
        Sentencing on November 14, 2023, in Newport News federal courthouse

Dear Chief Judge Davis:

Sir, my name is Calvin J. Taylor, I write in strong support of Deja Taylor.  She is my granddaughter and the mother of my great grandson.

I am writing this letter due to some very troubling and unfortunate circumstances. Although Deja has made some questionable choices, she is not a threat to our community, her child, her family, or herself. I have observed her interact with her son and other family members prior to and after this situation. She is a caring, devoted, and responsible person when given the opportunity and under the right circumstances. I recently observed my granddaughter assist her son while completing his homework. Although he was very reluctant to complete his assignment, Deja was able to display a great deal of patience and support while assisting him. Deja has been attending therapy sessions, substance abuse counseling and has met with a psychiatrist. Deja is and was a victim of abuse and domestic violence. No matter what the results of these circumstances are, Deja has shown resilience and the willpower to build a future for not only herself, but her son as well. With the strong support of her family and professional

services, she is capable of being a loving supportive mother and a productive member of our community.

In the end, I respectfully ask this Honorable Court to show compassion for Deja, who feels horribly and shows to me great remorse for what has happened in this case.

                                      Respectfully submitted,

                                      <u>Calvin J. Taylor</u>

                                      Newport News, Va